| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE: | FOR COURT USE ONLY |
|---|---|---|
| Gavin Kogan, 201564<br>GAVIN KOGAN & ASSOCIATES<br>147 S. River St.<br>SANTA CRUZ, CA 95060 | (831) 429-1122 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Watson | **FILED**<br>2008 APR 11 P 2:01<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | | |
| PLAINTIFF:<br>Jason O. Watson | | |
| DEFENDANT:<br>Rollin R. Heassler | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08 01851 JCS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons, Civil Case Cover Sheet

2. Party Served: Rollin R. Heassler

3. Person Served: party in item 2

4. Date & Time of Delivery: 4/8/2008        7:45 PM

5. Address, City and State: 612 Akron Street
Mountain View, CA 94043

6. Manner of Service: Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 95.00

Registered California process server.
County: SANTA CLARA
Registration No.:1145

Helen Melendez Vela
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/10/2008 at Oakland, California.

Signature: _____
Helen Melendez Vela

FF# 6660212