Gavin Kogan (CA Bar No. 201564)
Email: gkogan@mac.com
Kogan & Associates, LLC
147 S. River Street, Ste 234-A
Santa Cruz, CA 95060
(408) 361-8214 (telephone)
(408) 907-4143 (facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON O. WATSON | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | **AGAINST DEFENDANT** |
| | ) | |
| | ) | |
| ROLLIN R. HEASSLER | ) | |
| Defendant. | ) | CASE NO. CV 08-01851 JCS |
| | ) | |
| | ) | |

COMES NOW, Plaintiff JASON O. WATSON, who moves the Clerk to enter a default

against Defendant ROLLIN R. HEASSLER pursuant to Federal Rule of Civil Procedure

55(a) on the basis that the record in this case demonstrates that there has been a failure to

plead or otherwise defend.  In support of this motion, Plaintiff files herewith his Brief in

Support of his Motion for Entry of Default.

WHEREFORE, Plaintiff respectfully requests that his Motion for Entry of Default

against Defendant be granted and that he be awarded any additional relief the Court deems

proper.

{Signature on following page.}

1    This 13th day of May, 2008.

2                                          Respectfully submitted,

3

4

5    _____

6    Gavin Kogan (CA Bar No. 201564)
     Email: gkogan@mac.com
     Kogan & Associates, LLC
7    147 S. River Street, Ste 234-A
     Santa Cruz, CA 95060
8    (408) 361-8214 (telephone)
     (408) 907-4143 (facsimile)
9

10   Attorneys for Plaintiff

11

12

13              **<u>CERTIFICATE OF SERVICE</u>**

14

15   I certify that I have this day served a copy of the following:

16        PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT

17   upon all parties to this matter by depositing a copy of same in the U.S. mail, proper postage

18   prepaid, addressed as follows:

19                      Mr. Rollin R. Heassler

20                         612 Akron Street

21

22                    Mountain View, CA 94043

23

24   {Signature on following page.}

25

26

27

28

1  This 13th day of May, 2008.

2                                              Respectfully submitted,

3

4

5                                              _____
                                               Gavin Kogan (CA Bar No. 201564)
6                                              Email: gkogan@mac.com
                                               Kogan & Associates, LLC
7                                              147 S. River Street, Ste 234-A
                                               Santa Cruz, CA 95060
8                                              (408) 361-8214 (telephone)
                                               (408) 907-4143 (facsimile)
9

10                                             Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Gavin Kogan (CA Bar No. 201564)
    Email: gkogan@mac.com
3   Kogan & Associates, LLC
4   147 S. River Street, Ste 234-A
    Santa Cruz, CA 95060
5   (408) 361-8214 (telephone)
    (408) 907-4143 (facsimile)
6

7   Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9

10  JASON O. WATSON                      )
                    Plaintiff,           )   **PLAINTIFF'S BRIEF IN SUPPORT**
11                                        )   **OF MOTION FOR ENTRY OF**
                                          )   **DEFAULT AGAINST DEFENDANT**
12  vs.                                   )
                                          )
13                                        )
    ROLLIN R. HEASSLER                    )
14                  Defendant.            )   CASE NO.  CV 08-01851 JCS
                                          )
15                                        )
                                          )
16

17  COMES NOW, Plaintiff JASON O. WATSON, and submits this, his Brief in Support of his

18  Motion for Entry of Default Against Defendant ROLLIN R. HEASSLER and shows the

19
    Court as follows:
20

21                        **STATEMENT OF FACTS**

22       A Complaint was filed in this matter on April 7, 2008, and service of process was

23  had on Defendant Rollin R. Heassler on April 8, 2008.  (Affidavit of Gavin Kogan, ¶ 2

24
    attached as Exhibit 1; Return of Service – Rollin R. Heassler, attached as Exhibit 2).  More
25
    than twenty (20) days have elapsed since Defendant Heassler was served in this action, and
26
27  Defendant Heassler has failed to plead or otherwise defend as provided by the Federal Rules

28  of Civil Procedure.  (Affidavit of Gavin Kogan, ¶ 3).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ARGUMENT AND CITATION OF AUTHORITY

Federal Rule of Civil Procedure 12(a)(1) provides that "[u]nless a different time is prescribed in a statute of the United States, a defendant shall serve an answer . . . within 20 days after being served with the summons and complaint." Since Defendant Heassler was served with the summons and complaint on April 8, 2008, at 7:45 p.m., he was required to file and serve an answer on or before April 29, 2008. As of the date of the filing of this motion, Defendant Heassler has failed to file an answer or any other responsive pleadings in this case.

Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." As demonstrated by the Affidavit of Gavin Kogan filed herewith, the Return of Service filed herewith, and the docket in this case, Defendant Heassler has failed to timely file an answer or any other responsive pleadings after being served with the summons and complaint. Accordingly, Plaintiff is entitled to the entry of a default against Defendant Heassler.

## CONCLUSION

Plaintiff respectfully requests that his Motion for Entry of Default against Defendant Heassler be granted and that he be awarded any additional relief the Court deems proper.

{Signature on following page.}

1  This 13th day of May, 2008.

2                                                  Respectfully submitted,

3

4                                                  _____

5                                                  Gavin Kogan (CA Bar No. 201564)
                                                   Email: gkogan@mac.com

6                                                  Kogan & Associates, LLC
                                                   147 S. River Street, Ste 234-A

7                                                  Santa Cruz, CA 95060
                                                   (408) 361-8214 (telephone)

8                                                  (408) 907-4143 (facsimile)

9

10                                                 Attorneys for Plaintiff

11                          **<u>CERTIFICATE OF SERVICE</u>**

12  I certify that I have this day served a copy of the following:

13

14                     PLAINTIFF'S BRIEF IN SUPPORT OF

15           MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT

16  upon all parties to this matter by depositing a copy of same in the U.S. mail, proper postage

17  prepaid, addressed as follows:

18                             Rollin R. Heassler

19                             612 Akron Street

20                       Mountain View, California 94043

21

22  This 13th day of May, 2008.

23                                                 Respectfully submitted,

24                                                 _____

25                                                 Gavin Kogan (CA Bar No. 201564)
                                                   Email: gkogan@mac.com

26                                                 Kogan & Associates, LLC
                                                   147 S. River Street, Ste 234-A

27                                                 Santa Cruz, CA 95060
                                                   (408) 361-8214 (telephone)

28                                                 (408) 907-4143 (facsimile)
                                                   Attorneys for Plaintiff

**Exhibit 1**

**<u>AFFIDAVIT OF GAVIN KOGAN IN SUPPORT OF MOTION FOR ENTRY
OF DEFAULT AGAINST ROLLIN R. HEASSLER</u>**

I, Gavin Kogan, declare under penalty of perjury that the following facts are true to

the best of my information and belief:

1.   I am the attorney for the Plaintiff in this action.

2.   A Complaint was filed in this matter on April 7, 2008, and service of

     process was had on Defendant Rollin Heassler on April 8, 2008.

3.   More than twenty (20) days have elapsed since Defendant Heassler was

     served in this action, and Defendant Heassler has failed to plead or

     otherwise defend as provided by the Federal Rules of Civil Procedure.

This 13th day of May, 2008.

_____
GAVIN KOGAN
Attorney for Plaintiff

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Addr.)* | TELEPHONE # | FOR COURT USE ONLY |
|---|---|---|
| Gavin Kogan, 201564<br>GAVIN KOGAN & ASSOCIATES<br>147 S. River St.<br>SANTA CRUZ, CA 95060 | (831) 429-1122 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>Watson | **FILED** |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

2008 APR 11 P 2: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PLAINTIFF:

Jason O. Watson

DEFENDANT:

Rollin R. Heassler

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08 01851 JCS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Civil Case Cover Sheet

2. Party Served:      Rollin R. Heassler

3. Person Served:      party in item 2

4. Date & Time of Delivery:      4/8/2008        7:45 PM

5. Address, City and State:      612 Akron Street<br>            Mountain View, CA 94043

6. Manner of Service:      Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 95.00

Registered California process server.
County: SANTA CLARA
Registration No.: 1145

Helen Melendez Vela
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/10/2008 at Oakland, California.

Signature: _____
           *(SIGNATURE)*

Helen Melendez Vela

FF# 6660212