Clerk's Use Only

Initial for fee pd.:

Carolyn E. Wright
Buckley Brown, P.C.
2970 Clairmont Rd., NE
Suite 1010
Atlanta, GA 30329

FILED
08 MAY 12 PM 4: 28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON O. WATSON

          Plaintiff(s),

        v.

ROLLIN R. HEASSLER

          Defendant(s).

CASE NO. CV 08-01851 JCS

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Carolyn E. Wright, an active member in good standing of the bar of Georgia and Nevada, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing JASON O. WATSON in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Gavin Kogan (CA Bar No. 201564), Kogan & Associates, LLC
147 S. River Street, Ste 234-A, Santa Cruz, CA 95060 (408)361-8214

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2008

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019885
Cashier ID: almaceh
Transaction Date: 05/12/2008
Payer Name: LAW OFFICE OF CAROLYN E WRIGHT
------------------------------------
PRO HAC VICE
 For: C E WRIGHT
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 2018
 Amt Tendered:  $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C08-1851 JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```