FILED
2008 MAY 14 PM 2:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

# UNITED STATES DISTRICT COURT
## Northern District of California

JASON O. WATSON

        Plaintiff(s),

v.

ROLLIN R. HEASSLER

        Defendant(s).

CASE NO. CV 08-01851 JCS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Carolyn E. Wright, an active member in good standing of the bar of Georgia and Nevada Supreme Courts whose business address and telephone number (particular court to which applicant is admitted) is

Buckley Brown, P.C.
2970 Clairmont Rd., NE
Suite 1010, Atlanta, GA 30329

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing JASON O. WATSON.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON O. WATSON,

        Plaintiff,

  v.

ROLLIN R. HEASSLER, ET AL. et al,

        Defendant.
                                        /

Case Number: CV08-01851 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolyn E. Wright
Buckley Brown, P.C.
2970 Clairmont Road, NE
Suite 1010
Atlanta, GA 30329

Dated: May 14, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk