**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 15, 2008

RE:  CV 08-01851 JCS         JASON O. WATSON-v- ROLLIN R. HEASSLER, ET AL.

Default is entered as to **Rollin R. Heassler** on **May 15, 2008**.


RICHARD W. WIEKING, Clerk

by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89