David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendant, Captain Rollin Heassler

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON O. WATSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPT. ROLLIN R. HEASSLER, an individual,<br><br>Defendant. | Civil Action No.: CV-08-01851 JCS<br><br>**NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]**<br><br>Hearing Date: Friday, June 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: A, 15th Floor<br><br>Hon. Magistrate Judge Joseph C. Spero |

## I. NOTICE & MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on Friday, June 27, 2008 at 9:30 a.m. in Courtroom A, 15th Floor, Defendant Capt. Rollin Heassler, will and does hereby move the Court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside the default entered by the Clerk on May 15, 2008. This motion is brought on the grounds that good cause exists to set aside the default entered by the Clerk. Mistake, inadvertence, surprise and excusable neglect caused the delay in Defendant filing his response to Plaintiff's Complaint. Defendant has a good and meritorious defense to the claims for relief alleged and a good and meritorious counterclaim. Accordingly, Defendant Capt.

Heassler respectfully requests that the default be set aside and that he be permitted to file a response in this action so the parties' respective claims may be decided on their merits.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Capt. Rollin R. Heassler in Support of Motion to Set Aside Default ("Heassler Decl.") filed herewith, and upon such other evidence and law as may be presented to the Court at the time of the hearing.

## II. MEMORANDUM OF POINTS & AUTHORITIES

### A. RELEVANT FACTS

The Defendant in this action, Rollin R. Heassler, is an active-duty Captain in the United States Army who previously served combat duty in Iraq and is presently the Recruiting Company Commander for the San Francisco Bay Area ("Capt. Heassler"). *See* Heassler Decl. at ¶1. As a pastime, Capt. Heassler maintains an Internet website which provides news, information and commentary regarding college basketball, www.collegehoopsupdate.com. *See* Heassler Decl. at ¶3.

In January 2008, Plaintiff's counsel, Ms. Carolyn E. Wright of the Law Offices of Carolyn E. Wright, LLC, and Buckley Brown P.C. contacted Capt. Heassler regarding his alleged infringement of Plaintiff's copyright. *See* Heassler Decl. at ¶4. Plaintiff's counsel gave Capt. Heassler until February 22, 2008 to resolve this dispute. *See id.* Plaintiff's counsel demanded immediate payment of $10,000 from Capt. Heassler, and indicated that if Capt. Heassler failed to pay the demanded sum he would be subject to a court martial for alleged violation of General Article 134 of the Uniform Code of Military Justice ("UCMJ"). *See id.* Capt. Heassler attempted to resolve this matter informally, but Plaintiff's counsel arbitrarily shortened Capt. Heassler's time to resolve this dispute from February 22, 2008 to February 8, 2008. *See* Heassler Decl. at ¶5. Plaintiff served Capt. Heassler with the Complaint in this action on or about April 8, 2008. *See id.*

Immediately upon receiving the Complaint, Capt. Heassler began to investigate the legal issues in the case and the procedure he needed to follow in order to file his response. *See* Heassler Decl. at ¶6. Capt. Heassler promptly prepared an ECF Pro Se Registration application and sent it to the Court so he would be able to electronically file his response as required. *See id.* Between

approximately April 28, 2008 and May 4, 2008, Capt. Heassler was required by the U.S. Army to go on temporary duty out of town. *See* Heassler Decl. at ¶7. As a result, Capt. Heassler was unable to take any further steps in his defense during that period. *See id.*

Since filing his ECF Pro Se Registration Application form, Capt. Heassler has been awaiting confirmation from the Court that he would be permitted to electronically file his response. *See* Heassler Decl. at ¶8. Capt. Heassler did not receive any such notification because he may not have fully understood and complied with the Court's procedures in that regard. *See id.*

Capt. Heassler also mistakenly believed that he had until June 7, 2008 to file his response because the Summons clearly indicated that if he were an officer or employee of the United States, which he believed he was as an active-duty Captain in the United States Army, he would have sixty (60) days to respond to the Complaint rather than twenty (20) days. *See* Heassler Decl. at ¶9. To Capt. Heassler's surprise, default was entered by the Clerk on May 15, 2008. *See* Heassler Decl. at ¶10. Given the legal and procedural complexities Capt. Heassler encountered in attempting to defend against this action, Capt. Heassler had no choice but to retain counsel to assist him, and did so recently. *See id.*

**B. APPLICABLE LAW**

Federal Rule of Civil Procedure 55(c) provides, in pertinent part, that "[t]he court may set aside an entry of default for good cause . . . ." *See* Fed. R. Civ. Proc. 55(c) (West 2008).

Default judgments are generally disfavored and any doubts regarding the propriety of a default are usually resolved against the party seeking default judgment. *See Peña v. Seguros La Comercial, S.A.*, 770 F.2d 811, 814 (9th Cir. 1985).

**C. ARGUMENT**

Defendant Capt. Heassler, respectfully contends that good cause exists to set aside the default entered by the Clerk on May 15, 2008. Capt. Heassler is unfamiliar with the Court's procedures for responding to such actions. Capt. Heassler misunderstood his deadline to respond to the Complaint because the Summons explained that he would have sixty (60) days to respond to the Complaint if he were an officer or employee of the United States, which he believed he was as an active-duty Captain in the United States Army. Capt. Heassler did not fully understand Federal

Rule of Civil Procedure 12(a)(3) in this regard. Capt. Heassler promptly attempted to register as a Pro Se ECF filer by filing the required application form. However, it is not clear whether Capt. Heassler successfully completed that process. Capt. Heassler's efforts to appear in this matter provide objective evidence of Defendant's intent to defend against this action. Under the circumstances, Capt. Heassler respectfully contends that his neglect to timely file his response in this action was due to mistake, inadvertence, surprise and excusable neglect. Capt. Heassler further contends that, due to the promptness of this Motion, Plaintiff will not be prejudiced by a granting of the sought relief.

Capt. Heassler further respectfully contends that he has a good and meritorious defense to the claims for relief alleged in this action, including, *inter alia*, the Fair Use Doctrine. In addition, Capt. Heassler contends that he has good and meritorious counterclaims against the Plaintiff based on the facts of this case, including, *inter alia*, extortion.

Accordingly, Defendant Capt. Heassler respectfully requests that the default entered by the Clerk on May 15, 2008 be set aside for good cause and that Defendant be permitted additional time to file a response in this action so the parties' claims may be fully decided on their merits.

Dated: May 19, 2008

THE MORALES LAW FIRM

By:______________________________

DAVID MORALES
Attorney for Defendant Capt. Heassler

David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendant, Captain Rollin Heassler

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JASON O. WATSON, an individual,

Plaintiff,

vs.

CAPT. ROLLIN R. HEASSLER, an individual,

Defendant.

Civil Action No.: CV-08-01851 JCS

**DECLARATION OF CAPT. ROLLIN R. HEASSLER IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]**

Hearing Date: Friday, June 27, 2008
Time: 9:30 a.m.
Courtroom: A, 15th Floor

Hon. Magistrate Judge Joseph C. Spero

**DECLARATION**

I, Rollin R. Heassler, declare:

1. I am a party in the above action and I am providing the following information from my personal knowledge.

2. I am an active-duty Captain in the United States Army. I previously served combat duty in Iraq and am presently the Recruiting Company Commander for the San Francisco Bay Area.

3. As a pastime, I maintain an Internet website, www.collegehoopsupdate.com, which provides news, information and commentary regarding college basketball.

4. In January 2008, Plaintiff's counsel, Ms. Carolyn E. Wright of the Law Offices of Carolyn E. Wright, LLC, and Buckley Brown P.C. contacted me regarding my alleged infringement of Plaintiff's copyright. In her letter, Plaintiff's counsel explicitly gave me until February 22, 2008 to resolve this dispute. Plaintiff's counsel demanded immediate payment of $10,000 from me, and indicated that if I failed to pay the demanded sum I would be subject to a court martial for alleged violation of General Article 134 of the Uniform Code of Military Justice ("UCMJ").

5. I attempted to resolve this matter informally, but Plaintiff's counsel arbitrarily shortened my time to resolve this dispute from February 22, 2008 to February 8, 2008. I was ultimately served with the Complaint in this action on or about April 8, 2008.

6. Immediately upon receiving the Complaint, I began to investigate the legal issues in the case and the procedure I needed to follow in order to file my response. I promptly completed an ECF Pro Se Registration application form and sent it to the Court so I would be permitted to electronically file my response as required. I believe my actions objectively demonstrate my intent to defend against this action.

7. Between approximately April 28, 2008 and May 4, 2008, I was required by the United States Army to go on temporary duty out of town. As a result, I was unable to take any further steps in my defense during that period of time.

8. Since filing my ECF Pro Se Registration Application form, I have been awaiting confirmation from the Court that I would be permitted to electronically file my response. I never received any such notification. I am not certain whether I fully understood and complied with the Court's procedures in that regard.

9. When I reviewed the Summons in this matter, I noted that it explicitly provided that if I were an officer or employee of the United States, which I believe I am as an active-duty Captain in the United States Army, I would have sixty (60) days to respond to the Complaint rather than twenty (20) days. Based on that information, I believed that I would have until approximately June 7, 2008 to file my response. I am not certain whether my understanding regarding my filing deadline was correct.

10. On May 16, 2008, I was surprised to learn that the Clerk entered a default in this matter on May 15, 2008. Given the legal and procedural complexities I encountered in attempting to defend against this action, I have had no choice but to retain counsel to assist me, and I did so recently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 19, 2008.

By: RRH

CAPT. ROLLIN R. HEASSLER

David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendant, Captain Rollin Heassler

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JASON O. WATSON, an individual,

Plaintiff,

vs.

CAPT. ROLLIN R. HEASSLER, an individual,

Defendant.

Civil Action No.: CV-08-01851 JCS

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]**

Hearing Date: Friday, June 27, 2008
Time: 9:30 a.m.
Courtroom: A, 15th Floor

Hon. Magistrate Judge Joseph C. Spero

**[PROPOSED] ORDER**

The Court, having read and considered all of the papers submitted with respect to Defendant's Motion To Set Aside Default, and having heard the arguments of counsel, if any, and good cause appearing therefore, IT IS HEREBY ORDERED pursuant to Federal Rule of Civil Procedure 55(c) (West 2008) that the default entered in this matter on May 15, 2008 is hereby set aside. IT IS FURTHER ORDERED that Defendant shall have until _______________________, 2008 to file a response to the Complaint in this matter.

IT IS SO ORDERED.

Dated: June ___, 2008

____________________________________
Honorable Joseph C. Spero
Magistrate Judge Of The U.S. District Court