1  David P. Morales, Esq., SBN 191229
   THE MORALES LAW FIRM
2  1414 Soquel Avenue, Suite 212
   Santa Cruz, CA 95062
3  Telephone: (831) 429-7900
   Facsimile: (831) 688-8883
4  E-Mail: dmorales@moraleslawfirm.com

5  Attorney for Defendant, Captain Rollin Heassler

6

7  UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

10

11 | JASON O. WATSON, an individual, | Civil Action No.: CV-08-01851 JCS |
   |---|---|
   | Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
   | vs. | |
   | CAPT. ROLLIN R. HEASSLER, an individual, | |
   | Defendant. | |

18  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

20  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

21  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

22  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

23  Appeals for the Ninth Circuit.

24  Dated: May 28, 2008                              THE MORALES LAW FIRM

25

26                                                  By: _____

27                                                      DAVID MORALES
                                                        Attorney for Defendant Capt. Heassler
28

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**