```
 1  David P. Morales, Esq., SBN 191229
    THE MORALES LAW FIRM
 2  1414 Soquel Avenue, Suite 212
    Santa Cruz, CA  95062
 3  Telephone: (831) 429-7900
    Facsimile: (831) 688-8883
 4  E-Mail: dmorales@moraleslawfirm.com

 5  Attorney for Defendant, Captain Rollin Heassler
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON O. WATSON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPT. ROLLIN R. HEASSLER, an individual,<br><br>    Defendant. | Civil Action No.: CV-08-01851 JCS<br><br>**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**<br><br>Hearing Date: Friday, June 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: A, 15th Floor<br><br>Hon. Magistrate Judge Joseph C. Spero |

**STIPULATION**

Plaintiff JASON O. WATSON ("Plaintiff"), by and through his attorneys of record, and Defendant Captain ROLLIN R. HEASSLER ("Defendant"), by and through his attorney of record, (collectively, the "Parties") HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Plaintiff served Defendant with the complaint in this matter on or about April 8, 2008;

WHEREAS, as an officer and employee of the United States Army, Defendant believed he had sixty (60) days to respond to the Complaint, as indicated by the Summons;

WHEREAS, Defendant promptly took steps to register as an ECF electronic filer in order to file a response in this matter;

**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**

1     WHEREAS, the clerk entered a default in this matter on Thursday, May 15, 2008;

2     WHEREAS, Defendant filed a Motion for Relief from Default on Tuesday, May 20, 2008, and a hearing on said motion is presently scheduled for June 27, 2008.

    IT IS HEREBY STIPULATED that:

1. The default entered by the clerk in this matter may be set aside and Defendant shall be permitted to file a response in this action;

2. That Defendant shall have twenty (20) days from the entry of the Order setting aside the default to file his response;

3. The pending Motion to Set Aside Default shall be taken off calendar, and each party shall bear their own costs.

    IT IS SO STIPULATED.

Dated: June 2, 2008

THE MORALES LAW FIRM

By: _____
DAVID MORALES, ESQ.
Attorney for Defendant Capt. Heassler

Dated: June 2, 2008

BUCKLEY BROWN, P.C.

By: _____
CAROLYN E. WRIGHT, ESQ.
2970 Claremont Road, NE, Ste. 1010
Atlanta, GA 30329

GAVIN KOGAN, ESQ.
Kogan & Associates, LLC
147 River Street, Ste. 234-A
Santa Cruz, CA 95060

Attorneys for Plaintiff Jason Watson

**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**
Case No.: CV-08-01851 JCS

- 2 -

1 **[PROPOSED] ORDER**

2    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the default entered by the
3 clerk in this matter be set aside.  IT IS FURTHER ORDERED that Defendant shall have twenty
4 (20) days from the entry of this Order to file his response.  IT IS FURTHER ORDERED that the
5 pending Motion to Set Aside Default shall be taken off calendar, and each party shall bear their
6 own costs.
7    IT IS SO ORDERED.

8 Dated: June ___, 2008
9

10 _____
   HONORABLE JOSEPH C. SPERO
11 Magistrate Judge of the U.S. District Court

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**
Case No.: CV-08-01851 JCS