Case 3:08-cv-01851-JCS   Document 16   Filed 06/02/2008   Page 1 of 3

David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendant, Captain Rollin Heassler

FILED
JUN 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON O. WATSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPT. ROLLIN R. HEASSLER, an individual,<br><br>Defendant. | Civil Action No.: CV-08-01851 JCS<br><br>STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER<br>[FRCP 55(c)]<br><br>Hearing Date: Friday, June 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: A, 15th Floor<br><br>Hon. Magistrate Judge Joseph C. Spero |

**STIPULATION**

Plaintiff JASON O. WATSON ("Plaintiff"), by and through his attorneys of record, and Defendant Captain ROLLIN R. HEASSLER ("Defendant"), by and through his attorney of record, (collectively, the "Parties") HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Plaintiff served Defendant with the complaint in this matter on or about April 8, 2008;

WHEREAS, as an officer and employee of the United States Army, Defendant believed he had sixty (60) days to respond to the Complaint, as indicated by the Summons;

WHEREAS, Defendant promptly took steps to register as an ECF electronic filer in order to file a response in this matter;

**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**

1     WHEREAS, the clerk entered a default in this matter on Thursday, May 15, 2008;

2     WHEREAS, Defendant filed a Motion for Relief from Default on Tuesday, May 20, 2008,

3 and a hearing on said motion is presently scheduled for June 27, 2008.

4     IT IS HEREBY STIPULATED that:

5     1.    The default entered by the clerk in this matter may be set aside and Defendant shall

6         be permitted to file a response in this action;

7     2.    That Defendant shall have twenty (20) days from the entry of the Order setting

8         aside the default to file his response;

9     3.    The pending Motion to Set Aside Default shall be taken off calendar, and each

10         party shall bear their own costs.

11     IT IS SO STIPULATED.

12 Dated: June 2, 2008     THE MORALES LAW FIRM

By: _____
DAVID MORALES, ESQ.
Attorney for Defendant Capt. Heassler

16 Dated: June 2, 2008     BUCKLEY BROWN, P.C.

By: _____
CAROLYN E. WRIGHT, ESQ.
2970 Claremont Road, NE, Ste. 1010
Atlanta, GA 30329

GAVIN KOGAN, ESQ.
Kogan & Associates, LLC
147 River Street, Ste. 234-A
Santa Cruz, CA 95060

Attorneys for Plaintiff Jason Watson

**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**
Case No.: CV-08-01851 JCS
-2-

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the default entered by the clerk in this matter be set aside. IT IS FURTHER ORDERED that Defendant shall have twenty (20) days from the entry of this Order to file his response. IT IS FURTHER ORDERED that the pending Motion to Set Aside Default shall be taken off calendar, and each party shall bear their own costs.

IT IS SO ORDERED.

Dated: June 3, 2008

_____
HONORABLE JOSEPH C. SPERO
Magistrate Judge of the U.S. District Court

STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]
Case No.: CV-08-01851 JCS
- 3 -