Gavin Kogan (CA Bar No. 201564)
Email: gkogan@mac.com
Kogan & Associates, LLC
147 S. River Street, Ste 234-A
Santa Cruz, CA 95060
(408) 361-8214 (telephone)
(408) 907-4143 (facsimile)

Carolyn E. Wright (Pro Hac Vice)
Email: cwright@buckleybrown.com
Buckley Brown, P.C.
2970 Clairmont Road NE, Suite 1010
Atlanta, GA 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON O. WATSON | ) | |
| Plaintiff, | ) | **PLAINTIFF'S ANSWER** |
| | ) | **TO DEFENDANT'S** |
| vs. | ) | **COUNTERCLAIM FOR DAMAGES** |
| | ) | |
| | ) | |
| ROLLIN R. HEASSLER | ) | |
| Defendant. | ) | CASE NO. CV 08-01851 JCS |
| | ) | |
| | ) | |

COMES NOW, Plaintiff JASON O. WATSON, and submits this, his Answer to Defendant's

Counterclaim for Damages as follows:

### FIRST DEFENSE

Defendant's Counterclaim, in whole or in part, fails to state a claim against Plaintiff

Watson upon which relief may be granted.

### SECOND DEFENSE

Defendant's Counterclaim against Plaintiff Watson should be dismissed because this

Court lacks subject matter jurisdiction.

### THIRD DEFENSE

Defendant's Counterclaim against Plaintiff Watson should be dismissed due to insufficient process and insufficient service of process.

### FOURTH DEFENSE

Defendant's Counterclaim is barred by the doctrines of accord and satisfaction.

### FIFTH DEFENSE

Defendant's Counterclaim is barred by Defendant's failure to mitigate his damages.

### SIXTH DEFENSE

Defendant's Counterclaim is barred by the doctrines of unclean hands, estoppel, and/or inequitable conduct and dealings with Plaintiff Watson.

### SEVENTH DEFENSE

No alleged breach of duty or other acts by Plaintiff Watson was a proximate cause of any damages alleged by Defendant.

### EIGHTH DEFENSE

To the extent as may be shown by evidence through discovery which provides factual or legal support, Plaintiff Watson asserts and reserves the defenses of fraud, illegality, exclusive remedy, statutes of limitation and waiver.

### NINTH DEFENSE

For its Ninth Defense, Plaintiff Watson answers the enumerated paragraphs of Defendant's Counterclaim as follows:

### COUNTERCLAIM FOR DAMAGES

1.    Answering paragraph 1 of Defendant Heassler's Counterclaim, Plaintiff Watson admits that Defendant Heassler has filed a countersuit for damages. Plaintiff Watson denies the remaining allegations in paragraph 1.

JURISDICTION AND VENUE

2.    Answering paragraph 2 of Defendant Heassler's Counterclaim, Plaintiff Watson admits that Defendant Heassler's Counterclaim is based on state law claims. Plaintiff Watson denies the remaining allegations in paragraph 2.

3.     Plaintiff Watson denies the allegations in paragraph 3 of Defendant Heassler's Counterclaim.

PARTIES

4.     Plaintiff Watson is without sufficient knowledge or information to form a belief as the truth of the allegations contained in paragraph 4 of Defendant Heassler's Counterclaim and on that basis denies the allegations contained therein.

5.     Plaintiff Watson admits the allegations contained in paragraph 5 of Defendant Heassler's Counterclaim.

6.     Plaintiff Watson admits that Carolyn E. Wright is an attorney admitted *pro hac vice* in this action to represent Plaintiff Watson.  Plaintiff Watson denies the remaining allegations in paragraph 6.

7.     Plaintiff Watson is without sufficient knowledge or information to form a belief as the truth of the allegations contained in paragraph 7 of Defendant Heassler's Counterclaim and on that basis denies the allegations contained therein.

8.     Plaintiff Watson denies the allegations contained in paragraph 8 of Defendant Heassler's Counterclaim.

FACTUAL ALLEGATIONS

9.     Plaintiff Watson denies the allegations contained in paragraph 9 of Defendant Heassler's Counterclaim.

10.     Plaintiff Watson denies the allegations contained in paragraph 10 of Defendant Heassler's Counterclaim.

11.     Plaintiff Watson denies the allegations contained in paragraph 11 of Defendant Heassler's Counterclaim.

FIRST CAUSE OF ACTION

12.     In response to Paragraph 12, Plaintiff Watson re-alleges and incorporates by reference his previous responses to Paragraphs 1 through 11 of Defendant Heassler's Counterclaim as if restated verbatim, including all defenses.

13.     Plaintiff Watson denies the allegations contained in paragraph 13 of Defendant

Heassler's Counterclaim.

SECOND CAUSE OF ACTION

14.    In response to Paragraph 14, Plaintiff Watson re-alleges and incorporates by reference his previous responses to Paragraphs 1 through 13 of Defendant Heassler's Counterclaim as if restated verbatim, including all defenses.

15.    Plaintiff Watson denies the allegations contained in paragraph 15 of Defendant Heassler's Counterclaim.

16.    Plaintiff Watson denies the allegations contained in paragraph 16 of Defendant Heassler's Counterclaim.

THIRD CAUSE OF ACTION

17.    In response to Paragraph 17, Plaintiff Watson re-alleges and incorporates by reference his previous responses to Paragraphs 1 through 16 of Defendant Heassler's Counterclaim as if restated verbatim, including all defenses.

18.    Plaintiff Watson denies the allegations contained in paragraph 18 of Defendant Heassler's Counterclaim.

19.    Plaintiff Watson denies the allegations contained in paragraph 19 of Defendant Heassler's Counterclaim.

FOURTH CAUSE OF ACTION

20.    In response to Paragraph 20, Plaintiff Watson re-alleges and incorporates by reference his previous responses to Paragraphs 1 through 19 of Defendant Heassler's Counterclaim as if restated verbatim, including all defenses.

21.    Plaintiff Watson denies the allegations contained in paragraph 21 of Defendant Heassler's Counterclaim.

22.    Plaintiff Watson denies the allegations contained in paragraph 22 of Defendant Heassler's Counterclaim.

FIFTH CAUSE OF ACTION

23.    In response to Paragraph 23, Plaintiff Watson re-alleges and incorporates by reference his previous responses to Paragraphs 1 through 22 of Defendant Heassler's

Counterclaim as if restated verbatim, including all defenses.

24.     Plaintiff Watson denies the allegations contained in paragraph 24 of Defendant Heassler's Counterclaim.

25.     Plaintiff Watson denies the allegations contained in paragraph 25 of Defendant Heassler's Counterclaim.

All allegations not specifically responded to are denied.

WHEREFORE, having fully responded to Defendant Heassler's Counterclaim, Plaintiff Watson prays for relief as follows:

1.   The Court inquire into this matter and dismiss Defendant Heassler's Counterclaim, casting all costs upon Defendant;

2.   Plaintiff Watson be awarded his attorneys' fees and costs; and

3.   The Court to grant such other relief as the Court deems justice to demand.

Respectfully submitted, this 14th day of July, 2008,

　　　　　　　　　　　　　　　___/s/ Carolyn E. Wright_____
Carolyn E. Wright (Pro Hac Vice)
Email: cwright@buckleybrown.com
Buckley Brown, P.C.
2970 Clairmont Road NE, Suite 1010
Atlanta, GA 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)

Gavin Kogan (CA Bar No. 201564)
Email: gkogan@mac.com
Kogan & Associates, LLC
147 S. River Street, Ste 234-A
Santa Cruz, CA 95060
(408) 361-8214 (telephone)
(408) 907-4143 (facsimile)

Attorneys for Plaintiff

**Plaintiff Watson Demands Trial by Jury**

## CERTIFICATE OF SERVICE

I certify that on July 14th, 2008, I electronically filed

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM FOR DAMAGES

with the Clerk of Court using the CM/ECF system, which will automatically send e-mail

notifications to all counsel of record:

David P. Morales, Esq.
The Morales Law Firm
1414 Soquel Avenue, Suite 212
Santa Cruz, California  95062

Respectfully submitted, this 14th day of July, 2008,

___/s/ Carolyn E. Wright_____
Carolyn E. Wright (Pro Hac Vice)
Email: cwright@buckleybrown.com
Buckley Brown, P.C.
2970 Clairmont Road NE, Suite 1010
Atlanta, GA 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)
Attorneys for Plaintiff