Gavin Kogan (CA Bar No. 201564)
Email: gkogan@mac.com
Kogan & Associates, LLC
147 S. River Street, Ste 234-A
Santa Cruz, CA 95060
(408) 361-8214 (telephone)
(408) 907-4143 (facsimile)

Carolyn E. Wright (Pro Hac Vice)
Email: cwright@buckleybrown.com
Buckley Brown, P.C.
2970 Clairmont Road NE, Suite 1010
Atlanta, GA 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JASON O. WATSON                               )
                    Plaintiff,               )        **PLAINTIFF'S CERTIFICATION**
                                              )        **OF INTERESTED ENTITIES**
vs.                                           )        **OR PERSONS**
                                              )
                                              )
ROLLIN R. HEASSLER                           )
                    Defendant.               )        CASE NO.  CV 08-01851 JCS
                                              )
                                              )

COMES NOW, JASON O. WATSON, Plaintiff in the above-styled matter and

shows the Court as follows:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

associations of persons, firms, partnerships, corporations (including parent corporations) or

other entities (i) have a financial interest in the subject matter in controversy or in a party to

the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

could be substantially affected by the outcome of this proceeding:

- Jason O. Watson Photography, LLC.

This 16th day of July, 2008.

Respectfully submitted,

 /s/ Carolyn E. Wright
Carolyn E. Wright (Pro Hac Vice)
Email: cwright@buckleybrown.com
Buckley Brown, P.C.
2970 Clairmont Road NE, Suite 1010
Atlanta, GA 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)

Gavin Kogan (CA Bar No. 201564)
Email: gkogan@mac.com
Kogan & Associates, LLC
147 S. River Street, Ste 234-A
Santa Cruz, CA 95060
(408) 361-8214 (telephone)
(408) 907-4143 (facsimile)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I electronically filed PLAINTIFF'S CERTIFICATION OF INTERESTED

PERSONS OR ENTITIES with the Clerk of Court using the CM/ECF system, which will

automatically send e-mail notifications to all counsel of record:

David P. Morales, Esq.
The Morales Law Firm
1414 Soquel Avenue, Suite 212
Santa Cruz, California  95062

This 16th day of July, 2008.

Respectfully submitted,

 /s/ Carolyn E. Wright
Carolyn E. Wright (Pro Hac Vice)
Email: cwright@buckleybrown.com
Buckley Brown, P.C.
2970 Clairmont Road NE, Suite 1010
Atlanta, GA 30329
Attorneys for Plaintiff