Carolyn E. Wright (Pro Se)
Email: cwright@buckleybrown.com
Buckley Brown, P.C.
2970 Clairmont Road NE, Suite 1010
Atlanta, GA 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)

Attorney for Carolyn E. Wright and
Buckley Brown, P.C.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON O. WATSON | ) | **SPECIALLY APPEARING CAROLYN E. WRIGHT AND BUCKLEY BROWN, P.C.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| ROLLIN R. HEASSLER | ) | |
| Defendant. | ) | CASE NO. CV 08-01851 JCS |
| | ) | |
| | ) | |

COME NOW, SPECIALLY APPEARING CAROLYN E. WRIGHT AND BUCKLEY BROWN, P.C., in the above-styled matter and show the Court as follows:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Law Office of Carolyn E. Wright, LLC.

///
///
///
//
///

This 16th day of July, 2008.

                                   Respectfully submitted,

                                   __/s/ Carolyn E. Wright_____
                                   Carolyn E. Wright (Pro Se)
                                   Email: cwright@buckleybrown.com
                                   Buckley Brown, P.C.
                                   2970 Clairmont Road NE, Suite 1010
                                   Atlanta, GA 30329
                                   (404) 633-9230 (telephone)
                                   (404) 633-9640 (facsimile)
                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I electronically filed SPECIALLY APPEARING CAROLYN E. WRIGHT AND BUCKLEY BROWN, P.C.'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications to all counsel of record:

                         David P. Morales, Esq.
                         The Morales Law Firm
                   1414 Soquel Avenue, Suite 212
                   Santa Cruz, California  95062

This 16th day of July, 2008.

                                   Respectfully submitted,

                                   _____/s/ Carolyn E. Wright_____
                                   Carolyn E. Wright (Pro Se)
                                   Email: cwright@buckleybrown.com
                                   Buckley Brown, P.C.
                                   2970 Clairmont Road NE, Suite 1010
                                   Atlanta, GA 30329
                                   (404) 633-9230 (telephone)
                                   (404) 633-9640 (facsimile)
                                   Attorneys for Carolyn E. Wright and
                                   Buckley Brown, P.C.