**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    JASON O. WATSON,                           No. C 08-01851 (JCS)
8              Plaintiff(s),
                                                CLERK'S NOTICE
9         v.
10   ROLLIN R. HEASSLER, ET AL.,
11             Defendant(s).
     _____/
12
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15   YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion to Dismiss Defendant's
16   Counterclaim for Damages before Magistrate Judge Spero previously noticed for August 29, 2008,
17   at 9:30 a.m.,, has been reset to **THE SAME DAY, at 1:30 p.m.,** Courtroom A, 15th Floor, 450
18   Golden Gate Avenue, San Francisco, California.   Any party requesting a continuance shall submit a
19   stipulation and proposed order.
20
21    Dated:  July 16, 2008
22                                              FOR THE COURT,
                                                Richard W. Wieking, Clerk
23
24                                         by:  _Karen L. Hom_____
25                                              Karen L. Hom
                                                Courtroom Deputy
26
27
28