# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Watson,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Heassler,<br><br>　　　　　Defendant(s). | 08-01851 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Suzanne Nusbaum**
Impartia
119 Millrich Dr.
Los Gatos, CA 95030-2213
408-399-2688
snusbaum@impartia.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01851 JCS MED                                    - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: July 18, 2008

                      RICHARD W. WIEKING
                      Clerk
                      by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01851 JCS MED                              - 2 -