Carolyn E. Wright (Pro Se)
Email: cwright@buckleybrown.com
Buckley Brown, P.C.
2970 Clairmont Road NE, Suite 1010
Atlanta, GA 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)

Attorney for Carolyn E. Wright and
Buckley Brown, P.C.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON O. WATSON | ) | **SPECIALLY APPEARING** |
|     Plaintiff, | ) | **CAROLYN E. WRIGHT AND** |
| | ) | **BUCKLEY BROWN, P.C.'S** |
| vs. | ) | **CONSENT TO PROCEED BEFORE** |
| | ) | **A UNITED STATES** |
| | ) | **MAGISTRATE JUDGE FOR** |
| ROLLIN R. HEASSLER | ) | **LIMITED PURPOSE** |
|     Defendant. | ) | |
| | ) | CASE NO. CV 08-01851 JCS |
| | ) | |

COME NOW, SPECIALLY APPEARING CAROLYN E. WRIGHT AND BUCKLEY BROWN, P.C., in the above-styled matter and state as follows:

Neither Carolyn E. Wright ("Wright") nor Buckley Brown, P.C. (Buckley Brown) has been served with process in this matter. <u>See</u> Affidavit of Carolyn E. Wright submitted with Wright and Buckley Brown's Notice of Motion, Motion, and Memorandum of Points and Authorities In Support of Their Motion to Dismiss Defendant's Counterclaim. Further, Wright and Buckley Brown are not parties, this Court does not have subject matter jurisdiction over this matter, venue is improper, and this Court does not have personal jurisdiction over Wright and Buckley Brown. <u>See</u> Wright and Buckley Brown's Notice of Motion, Motion, and Memorandum of Points and Authorities In Support of Their Motion to Dismiss Defendant's Counterclaim. Accordingly, Wright and Buckley Brown voluntarily consent to proceed before a United States Magistrate Judge for the limited purpose of hearing and ruling on Wright and Buckley Brown's Motion to Dismiss.

This 21st day of July, 2008.

                                          Respectfully submitted,

                                 __/s/ Carolyn E. Wright_____
                                 Carolyn E. Wright (Pro Se)
                                 Email: cwright@buckleybrown.com
                                 Buckley Brown, P.C.
                                 2970 Clairmont Road NE, Suite 1010
                                 Atlanta, GA 30329
                                 (404) 633-9230 (telephone)
                                 (404) 633-9640 (facsimile)
                                 Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed SPECIALLY APPEARING CAROLYN E. WRIGHT AND BUCKLEY BROWN, P.C.'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR LIMITED PURPOSE with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications to all counsel of record:

                        David P. Morales, Esq.
                        The Morales Law Firm
                    1414 Soquel Avenue, Suite 212
                    Santa Cruz, California  95062

This 21st day of July, 2008.

                                          Respectfully submitted,

                                 _____/s/ Carolyn E. Wright_____
                                 Carolyn E. Wright (Pro Se)
                                 Email: cwright@buckleybrown.com
                                 Buckley Brown, P.C.
                                 2970 Clairmont Road NE, Suite 1010
                                 Atlanta, GA 30329
                                 (404) 633-9230 (telephone)
                                 (404) 633-9640 (facsimile)
                                 Attorneys for Carolyn E. Wright and
                                 Buckley Brown, P.C.