# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-1851 JCS**

**CASE NAME: JASON O. WATSON v. ROLLIN R. HEASSLER**

**MAGISTRATE JUDGE JOSEPH C. SPERO**       **COURTROOM DEPUTY**:  Karen Hom

**DATE**: July 25, 2008          **TIME: 15 mins**       **COURT REPORTER**: Not Recorded

**<u>COUNSEL FOR PLAINTIFF:</u>**              **<u>COUNSEL FOR DEFENDANT:</u>**
**Carolyn Wright & Gavin Kogan**              **David Morales**

---

| **<u>PROCEEDINGS</u>:** | **<u>RULING</u>:** |
|---|---|
| **1. Case Management Conference** | **Held.** |
| **2.  Pla's Motion to Dismiss Dft's Counterclaim for Damages [Docket No. 25]** | **Withdrawn subject to refiling when counterclaim is served.** |

**<u>ORDERED AFTER HEARING</u>:**

**Formal discovery stayed until the next case management conference.  Early mediation deadline has been extended to Sept. 26, 2008.**

**<u>NOTES</u>: 3rd party Dft/Counterclaimant Carolyn Wright and the Law Firm of Buckley Brown signed the Consent to Proceed before the Magistrate Judge with objection to personal and subject matter jurisdiction and on the merits, being preserved and may be asserted before the Magistrate Judge.**

**ORDER TO BE PREPARED BY:        () Plaintiff      () Defendant      (X) Court**

**CASE CONTINUED TO:    09/26/08 at 1:30 p.m., for a further case mgmt conference.**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**      at 1:30 p.m. |

**Trial Date:                at 8:30 a.m.  ()Jury   ()Court      Set for    days**

cc:      Chambers; Karen, ADR
* (T) = Telephonic Appearance