1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6

7   JASON O. WATSON,                        Case No. C-08-01851 JCS

8              Plaintiff(s),
                                            **CASE MANAGEMENT AND
9        v.                                 PRETRIAL ORDER**

10  ROLLIN R. HEASSLER, ET AL.,

11             Defendant(s).
                                        /
12

13       Following a case management conference held on **July 25, 2008,**

14       IT IS HEREBY ORDERED THAT:

15       1.  Formal discovery is STAYED until the next case management conference.

16       2.  Plaintiff's Motion to Dismiss Defendant's Counterclaim For Damages, noticed for

17  hearing on August 29, 2008, at 1:30 p.m., has been WITHDRAWN, subject to re-filing when the

18  counterclaim has been served.

19       3.  The early mediation deadline has been extended to **September 26, 2008.**

20       4.  A further case management conference is set for **September 26, 2008, at 1:30 p.m.**

21       IT IS SO ORDERED.

22

23  Dated:  July 29, 2008

24                                      _____
                                        JOSEPH C. SPERO
25                                      United States Magistrate Judge

26

27

28

cmcpto 7-29-8.wpd

**United States District Court**
For the Northern District of California