```
1  David P. Morales, Esq., SBN 191229
   THE MORALES LAW FIRM
2  1414 Soquel Avenue, Suite 212
   Santa Cruz, CA  95062
3  Telephone: (831) 429-7900
   Facsimile: (831) 688-8883
4  E-Mail: dmorales@moraleslawfirm.com

5  Attorney for Defendant, Captain Rollin Heassler
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON O. WATSON, an individual, | Civil Action No.: CV-08-01851 JCS |
| Plaintiff, | STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| vs. | |
| CAPT. ROLLIN R. HEASSLER, an individual, | |
| Defendant. | CMC Date: Friday, September 26, 2008<br>Time: 1:30 p.m.<br>Courtroom: A, 15th Floor<br>Hon. Magistrate Judge Joseph C. Spero |

**STIPULATION**

Plaintiff JASON O. WATSON ("Plaintiff"), by and through his attorneys of record, and Defendant Captain ROLLIN R. HEASSLER ("Defendant"), by and through his attorney of record, (collectively, the "Parties") HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on July 25, 2008 an initial Case Management Conference was held in this matter at which the Court ordered the parties to conduct mediation and to return for further case management on September 26, 2008.

STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | WHEREAS, Counsel for Defendant unexpectedly had to undergo medical procedures |
| 2 | shortly before the mediation scheduled in this matter and Defense Counsel was not able to |
| 3 | participate in the mediation at the scheduled time; |
| 4 | WHEREAS, the Parties wish to conduct mediation prior to further case management in |
| 5 | this matter, and the Parties expect to conduct the mediation on October 29, 2008; |
| 6 | IT IS HEREBY STIPULATED AND REQUESTED that: |
| 7 | 1. The Case Management Conference in this matter be re-scheduled from September |
| 8 | 26, 2008 to November 7, 2008; and |
| 9 | 2. That the deadline to conduct Mediation be continued until November 7, 2008; |
| 10 | IT IS SO STIPULATED AND REQUESTED. |

Dated: September 22, 2008            THE MORALES LAW FIRM

By: _____
DAVID MORALES, ESQ.
Attorney for Defendant Capt. Heassler

Dated: September 22, 2008            BUCKLEY BROWN, P.C.

By: _____
CAROLYN E. WRIGHT, ESQ.
2970 Claremont Road, NE, Ste. 1010
Atlanta, GA 30329

GAVIN KOGAN, ESQ.
Kogan & Associates, LLC
147 River Street, Ste. 234-A
Santa Cruz, CA 95060

Attorneys for Plaintiff Jason Watson

---

**STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No.: CV-08-01851 JCS

1  [PROPOSED] ORDER

2  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Case Management
3  Conference in this matter scheduled for September 26, 2008 is hereby re-scheduled to November
4  7, 2008; and

5  IT IS FURTHER ORDERED that the deadline to conduct Mediation in this matter is
6  hereby re-set to November 7, 2008.

7  IT IS SO ORDERED.

8  Dated: September 23, 2008



10  _____
11  HON. _____
    Magistrate _____ District Court

STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER
Case No.: CV-08-01851 JCS